UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BRENDA ROSE PLUMMER,　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　) **JUDGMENT IN A CIVIL CASE**
　　v.　　　　　　　　　　　　　　　　　　　) **CASE NO. 7:16-CV-155- F**
　　　　　　　　　　　　　　　　　　　　　　)
NANCY A. BERRYHILL, Acting Commissioner of )
Social Security,　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　　　　)

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further proceedings.

**This Judgment Filed and Entered on March 7, 2017, and Copies To:**

James B. Gillespie, Jr. (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

DATE　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

March 7, 2017　　　　　　　　　　　_Susan Edwards_
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　(By) Susan K. Edwards, Deputy Clerk