UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA ROSE PLUMMER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:16-CV-155-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,400.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment should be sent to: James B. Gillespie, Jr. Attorney for Plaintiff Law Offices of James B. Gillespie, Jr., PLLC 415 Chestnut Street Wilmington, NC 28401 (910) 763-5485 Lawoffices@jbgillespie.com. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, James B. Gillespie, Jr. and mailed to the office address above in accordance with Plaintiff's assignment to counsel of her right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

**This Judgment Filed and Entered on June 20, 2017, and Copies To:**

| | |
|---|---|
| James B. Gillespie, Jr. | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: <br> June 20, 2017 | PETER A. MOORE, JR., CLERK <br> (By) /s/ Nicole Briggeman <br> Deputy Clerk |